ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
LIZA M. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

JUN 2 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA    CR18-1261-JGZ-BGM

| United States of America, | Mag. No. 18-0434M (BGM)-002 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES WITHOUT TAKING VIDEO DEPOSITION |
| John W. Eisel, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1.  Material witnesses, Adolfo Arenas-de la Rosa and Roberto Ubaldo-Cuauhtepetzi, are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2.  Material witnesses, Adolfo Arenas-de la Rosa and Roberto Ubaldo-Cuauhtepetzi, entered the United States illegally on or about June 6, 2018;

3.  Material witnesses, Adolfo Arenas-de la Rosa and Roberto Ubaldo-Cuauhtepetzi, were found in the vehicle where defendant John W. Eisel was a front-seat passenger;

4.  The parties also jointly agree that as a result of this stipulation material witnesses, Adolfo Arenas-de la Rosa and Roberto Ubaldo-Cuauhtepetzi, will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5. Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses contained in the disclosure, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above captioned matter.

Based on the foregoing, the parties jointly move for the release of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Liza Granoff*

LIZA M. GRANOFF
Assistant U.S. Attorney

*/s/ Rubin Salter, Jr.*

Rubin Salter, Jr.
Attorney for Defendant

I understand and agree to the terms of this stipulation.

*/s/ John W. Eisel*

John W. Eisel
Defendant