# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>John Walter Eisel, Jr.,<br><br>    Defendant. | No. CR-18-01261-002-TUC-JGZ (BGM)<br><br>**ORDER** |

The defendant filed a MOTION for Early Termination of Probation. Probation Officer and the Government do not objection to the Motion.

IT IS ORDERED GRANTING the Motion. (Doc. 53.) Supervised Release as to John Walter Eisel, Jr is terminated effective October 9, 2020.

Dated this 25th day of September, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge

cc:   John Walter Eisel, Jr
      1676 Alicia Street
      Dubuque, IA 52002